Dismissed and Memorandum Opinion filed July 27, 2006








Dismissed
and Memorandum Opinion filed July 27, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00123-CV

____________

 

SHLOMO M. HAMO, Appellant

 

V.

 

GEORGE O. BARROW D/B/A ROCK BOTTOM
CONSTRUCTION, Appellees

 



 

On Appeal from the 10th District
Court

Galveston County,
Texas

Trial Court Cause No. 04CV0443

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 3, 2005.  On July 19, 2006, the
parties filed a motion to dismiss the appeal because the case has been
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July
27, 2006.

Panel consists of Justices Hudson, Fowler, and Seymore.